IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Civil Action No.: 5: 25-cv-439-D

| | |
|---|---|
| DAVID COMAN,<br><br>　　Plaintiff,<br><br>v.<br><br>COMPENSATION COMMITTEE OF THE SCIENCE 37 HOLDINGS, INC.'S BOARD OF DIRECTORS; SECOND AMENDED AND RESTATED EXECUTIVE SEVERANCE POLICY OF SCIENCE 37 HOLDINGS INC.; SCIENCE 37 HOLDINGS, LLC, formerly known as SCIENCE 37 HOLDINGS, INC.; and EMED, LLC,<br><br>　　Defendants. | **ORDER ON MOTION FOR LEAVE TO FILE PROVISIONALLY UNDER SEAL** |

This matter comes before the Court on the motion of Plaintiff David Coman to provisionally seal the Complaint and Exhibit A to the Complaint. Having considered the motion and any supporting memoranda, the Court finds as follows:

1.　The Complaint and Exhibit A may contain confidential information which one or more of the Defendants may claim is confidential and should be sealed, the disclosure of which could adversely affect one or more Defendants.

2.　One or more of Defendants' interests in safeguarding confidential information may support sealing the Complaint and Exhibit A, and the Court finds that Defendants should have the opportunity to present to the Court evidence or arguments regarding whether all or a portion of the Complaint and Exhibit A should be sealed.

3. Thus, the information should be sealed provisionally until Defendants have had the opportunity to present evidence or arguments that a portion of the Complaint and Exhibit A should be permanently sealed. Any public interest in disclosure is outweighed here in that any sealing will be temporary and provisional and provide Defendants with the opportunity to make a request for sealing.

4. At this juncture, and before Defendants have had an opportunity to review the information included in the Complaint and Exhibit A thereto, there are no adequate alternatives to sealing.

The Plaintiff's Motion for Leave to File Provisionally Under Seal is GRANTED. The Court hereby orders that the Complaint and Exhibit A to the Complaint remain under seal until further order of the Court.

SO ORDERED. This the 25 day of July, 2025.

JAMES C. DEVER III
United States District Judge